THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RONALD SATISH EMRIT, :
:
      Plaintiff :
:
v. : 3:23-CV-79
: (JUDGE MARIANI)
CHARLES BARKLEY, *et al.*, :
:
      Defendants :

**FILED SCRANTON**

FEB 06 2023

PER _____
    DEPUTY CLERK

## ORDER

AND NOW, THIS  6th  DAY OF FEBRUARY, 2023, upon review of Magistrate Judge Martin Carlson's Report & Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 6) is **ADOPTED** for the reasons stated therein.

2. Plaintiff's action is **DISMISSED** without leave to amend.

3. The Clerk of Court is directed to **CLOSE** this action.

_____
Robert D. Mariani
United States District Judge